MARK D. MILLER  116349
ROBERT W. BRANCH   154963
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiff
LA TAPATIA TORTILLERIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| LA TAPATIA TORTILLERIA, INC., a California Corporation, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>HELADOS LA TAPATIA, INC., a California Corporation, <br><br>　　　　　Defendant. | No. 1:07-CV-00602 OWW NEW (WMW) <br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** <br><br>**New Date:  Sept. 28, 2007** <br>**Time:  8:45 a.m.** <br>**Ctrm: 3 (Wanger)** <br><br>Action Filed: April 18, 2007 <br><br>Trial Date:   TBD |

　　　　WHEREAS, the court set the date of August 22, 2007, for a scheduling conference in this case; and

　　　　WHEREAS, the parties have been engaged in good faith settlement negotiations that are expected to resolve the matter, but the parties require additional time to complete and document a settlement.

　　　　NOW, THEREFORE, the parties hereto, namely plaintiff La Tapatia Tortilleria, Inc. ("La Tapatia") and defendant Helados La Tapatia, Inc. ("Helados"), through their respective counsel, hereby stipulate and agree as to continue the scheduling conference until **September 28, 2007**, at 8:45 a.m. in courtroom 3. A joint scheduling report shall be filed, if necessary, no later than September 21, 2007.

1

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated: August 15, 2007

2
                                        KIMBLE, MacMICHAEL & UPTON
3                                       A Professional Corporation

4
                                        By ___/Mark D. Miller_____
5                                            MARK D. MILLER
                                             Attorneys for Plaintiff
6                                            LA TAPATIA TORTILLERIA, INC.

7

8   Dated: August 15, 2007

9                                       Law Offices of
                                        RICHARD A. RYAN
10

11                                      By ___/Richard A .Ryan/_____
                                             RICHARD A. RYAN
12                                           Attorneys for Defendant
                                             HELADOS LA TAPATIA, INC.
13
                              **IT IS SO ORDERED**
14

15  Dated: August 16, 2007.        ___/s/ Oliver W. Wanger_____
                                        OLIVER W. WANGER
16                                      UNITED STATES DISTRICT JUDGE

17

18

19  6037.17.pleadings.stip.continue.1

20

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2

PDF created with pdfFactory trial version www.pdffactory.com