D. Greg Durbin, # 81749  (SPACE BELOW FOR FILING STAMP ONLY)
J. Scott Dutcher, #244474
McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
HELADOS LA TAPATIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TAPATIA TORTILLERIA, INC., a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>HELADOS LA TAPATIA, INC., a California corporation<br><br>         Defendant. | Case No. 1:-7-CV-00602 OWW NEW (WMW)<br><br>**STIPULATED REQUEST FOR A FURTHER CONTINUANCE OF SCHEDULING CONFERENCE; AND ORDER THEREIN** |

STIPULATION

WHEREAS, on September 18, 2007, D. Greg Durbin, J. Scott Dutcher and McCormick, Barstow, Sheppard, Wayte & Carruth LLC, substituted in as attorneys of record herein for Defendant HELADOS LA TAPATIA, INC. ("Defendant");

WHEREAS, Defendant previously acknowledged service of the Summons and Complaint herein on August 13, 2007, and accordingly the response from said Defendant is due sixty (60) days thereafter, i.e., on October 12, 2007;

WHEREAS, the Court, pursuant to the prior request of Plaintiff LA TAPATIA TORTILLERIA, INC. ("Plaintiff") and Defendant, continued the scheduling conference herein so that the scheduling conference is now set for September 28, 2007, at 8:45 a.m., in Courtroom 3;

35510/00000-1136973.v1

PDF created with pdfFactory trial version www.pdffactory.com

and

WHEREAS, the parties desire to further explore the possibility of resolving the matter short of litigation, but in any event, request that the scheduling conference occur some time shortly after the response from Defendant is currently due.

NOW, THEREFORE, it is hereby stipulated and agreed between Plaintiff and Defendant, through their respective counsel of record herein that, with the consent and approval of the Court, the scheduling conference in this matter currently set for September 28 , 2007, at 8:45 a.m. in Courtroom 3, be continued until sometime during the week of October 22, 2007, or thereafter.

Dated: September 20, 2007                McCORMICK, BARSTOW, SHEPPARD
                                         WAYTE & CARRUTH LLP


                                         By:  /s/ D. Greg Durbin
                                               D. Greg Durbin
                                               J. Scott Dutcher
                                               Attorneys for Defendant
                                               Helados La Tapatia, Inc.


Dated: September 20, 2007                KIMBLE, MacMICHAEL & UPTON


                                         By:  /s/ Mark D. Miller
                                               Mark D. Miller
                                               Attorneys for Plaintiff
                                               La Tapatia Tortilleria, Inc.

## ORDER

Upon joint application by Plaintiff and Defendant, and good cause appearing, it is hereby ORDERED that the scheduling conference in the above matter currently set for September 28, 2007, at 8:45 a.m. in Courtroom 3, is hereby continued to October 25, 2007, at 8:45 a.m., in Courtroom 3.

Dated:___September 21, 2007              ___/s/ Oliver W. Wanger_____
                                         Oliver W. Wanger
                                         United States District Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

35510/00000-1136973.v1                    2

Stipulated Request For A Further Continuance of Scheduling Conference; Order Therein

PDF created with pdfFactory trial version www.pdffactory.com