Leith B. Hansen, No. 109320
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123

Attorney for Defendant HELADOS LA TAPATIA, INC.

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LA TAPATIA TORTILLERIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> HELADOS LA TAPATIA, INC, <br><br> Defendants. | Case No.: 1:07-cv-00602-OWW-NEW <br><br> Action Filed: April 19, 2007 <br><br> {Honorable Judge Oliver W. Wanger presiding} <br><br> **STIPULATED REQUEST FOR A FURTHER CONTINUANCE OF SCHEDULING CONFERENCE; AND ORDER THEREON** <br> (Please note hearing date in order) |

    WHEREAS, Leith B. Hansen and Jacobson, Hansen, Najarian and McQuillan are substituting in as attorneys of record herein for defendant HELADOS LA TAPATIA, INC. ("Defendant");

    WHEREAS, by stipulation of the parties, Defendant's responsive pleadings are now due on November 1, 2007; and

    WHEREAS, the Court, pursuant to the prior request of Plaintiff LA TAPATIA TORTILLERIA, INC. ("Plaintiff") and Defendant, continued the scheduling conference herein so that the scheduling conference, having previously been continued by order of this Court, is now set for October 25, 2007 at 8:45 a.m. in Courtroom 3; and

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties have engaged in extensive and productive settlement
2  discussions, and have reached agreement on virtually all issues, and are in the process
3  of resolving the few remaining details;

4  The parties hereby request that the scheduling conference again be continued
5  to a new date after the response from Defendant is currently due.  The parties are
6  optimistic that we will be in a position to notify the Court of a final settlement
7  agreement shortly, ultimately rendering the scheduling conference unnecessary.

8  NOW, THEREFORE, it is hereby stipulated and agreed between Plaintiff and
9  Defendant, through their respective counsel of record herein that, with the consent
10 and approval of the Court, the scheduling conference in this matter currently set for
11 October 25, 2007, at 8:45 a.m. in Courtroom 3, be continued to November 8, 2007 at
12 8:45 a.m. in Courtroom 3.

13 Dated: October ___, 2007           KIMBLE, MacMICHAEL & UPTON

By: _____
MARK D. MILLER, Attorneys for Plaintiff
LA TAPATIA TORTILLERIA, INC.

19 Dated: October ___, 2007           JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By: _____
LEITH B. HANSEN, Attorneys for Defendant
HELADOS LA TAPATIA, INC.

24 ///
25 ///
26 ///
27 ///
28

## IT IS SO ORDERED

Stipulated Request For A Further Continuance of Scheduling Conference; Order Thereon – Page 2

PDF created with pdfFactory trial version www.pdffactory.com

La Tapatia Tortilleria, Inc. v. Helados La Taptia, Inc.
*United States District Court, Eastern District of California, Case No.: 1:07-cv-00602-OWW-NEW*
**Stipulated Request For A Further Continuance of Scheduling Conference; Order Thereon**

Upon joint application by Plaintiff and Defendant, and good cause appearing, it is hereby ORDERED that the scheduling conference in the above matter currently set for October 25, 2007 at 8:45 a.m. in Courtroom 3, is hereby continued to November 8, 2007 at 8:45 a.m. in Courtroom 3.

DATED:  October 16, 2007

                          By:  /s/ OLIVER W. WANGER
                              OLIVER W. WANGER,
                              United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com