MARK D. MILLER  116349
ROBERT W. BRANCH   154963
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiff
LA TAPATIA TORTILLERIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| LA TAPATIA TORTILLERIA, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HELADOS LA TAPATIA, INC., a California Corporation,<br><br>Defendant. | No. 1:07-CV-00602 OWW NEW (WMW)<br><br>**STIPULATION AND ORDER DISMISSING ACTION** |

IT IS HEREBY STIPULATED, by and between plaintiff LA TAPATIA TORTILLERIA, INC., a California corporation, defendant HELADOS LA TAPATIA, INC., a California Corporation, through their respective counsel, that the above-referenced action be and hereby is voluntarily dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41, each party bearing its own costs and attorneys' fees. The court shall retain jurisdiction to enforce the terms of a confidential settlement agreement reached between the parties.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1
STIPULATION AND ORDER DISMISSING ACTION

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October 25, 2007

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By   /s/ Mark D. Miller
    MARK D. MILLER
    Attorneys for Plaintiff
    LA TAPATIA TORTILLERIA, INC.

Dated: October 25, 2007

McCORMICK, BARSTOW, SHEPPARD
WAYTE and CARRUTH, LLP

By   /s/ D. Greg Durbin
    GREGORY DURBIN
    Attorneys for Defendant
    HELADOS LA TAPATIA, INC.

Dated: October 25, 2007

JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By   /s/ Leith B. Hansen
    LEITH B. HANSEN
    Attorneys for Defendant
    HELADOS LA TAPATIA, INC.

**IT IS SO ORDERED**

Dated: October 29, 2007.

/s/ OLIVER W. WANGER
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

6037.17.stip.dismiss.2
1153986.v1

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER DISMISSING ACTION

PDF created with pdfFactory trial version www.pdffactory.com